IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DESMOND SHIELDS                                                                                           PLAINTIFF

v.                                                                CIVIL ACTION NO. 4:16-CV-00163-NBB-JMV

M.S.P. DISCIPLINARY DEPT.
WARDEN TIMOTHY MORRIS                                                                          DEFENDANTS

FINAL JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party.  The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court.   It is ordered:

1.      That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the instant case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g).

3.      That this case is **CLOSED**.

**SO ORDERED AND ADJUDGED** this, the 27th day of February, 2017.

                                                                                      /s/ Neal Biggers
                                                                                    **NEAL B. BIGGERS, JR.**
                                                                                    **UNITED STATES DISTRICT JUDGE**